Taylor,
 
 Judge,
 

 All the daughters were entitled in common to the rent under of this Negro. B. could only pass his interest for hie to hisson-in-Uw, not that of his daughter. Neither could there be any merger ; for the estate in remainder was ntft correspondent to the estate for life, this latter belonging to the son-in-law, the former to
 
 all
 
 the daughters. Neither did his wife’s share in the remainder yest in the son-in-law who died ; for a husband is not entitled to the remainder of his wife.. Had there been a drowning of the life estate, the husband of the deceased daughter would have been entitled to her share, and the person claiming under him tenant in common with the plaintiff, and iKiuld not have been sued by them in this action*